# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KRISTINA QUARLES,
ADC # 760441                                                                                    PLAINTIFF

V.                                    5:14CV00178 JM/JTR

ROSEMARY WHITE-FULLER                                                               DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Thomas J. Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Order to be Transferred (Doc. 13) is DENIED as MOOT.

2. Plaintiff's Second Motion for Order to be Transferred (Doc. 16) is DENIED as MOOT.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 22nd day of September, 2014.

1

_____
JAMES M. MOODY, Jr.
UNITED STATES DISTRICT JUDGE