IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KRISTINA QUARLES                                                                                  PLAINTIFF
ADC # 760441

V.                                            5:14CV00178-JM-JTR

ROSEMARY WHITE-FULLER                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed without prejudice.

IT IS SO ORDERED THIS 10th day of December, 2014.

_____
JAMES M. MOODY, Jr.
UNITED STATES DISTRICT JUDGE